UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALTER and LOUISE HORTON TUHRO FAMILY LIMITED PARTNERSHIP,** | : <br> : |
| **Plaintiff** <br> **v.** | : CIVIL ACTION NO. 3:13-1364 <br> : <br> : (JUDGE MANNION) |
| **CHESAPEAKE APPALACHIA, LLC, STATOIL USA ONSHORE PROPERTIES, INC., and ANDARKO E&P COMPANY LP,** | : <br> : <br> : |
| **Defendants** | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The motion for summary judgment of defendant Andarko E&P Company LP, (Doc. 43), is **GRANTED** with respect to plaintiff's amended complaint and with respect to defendant's counterclaim seeking a declaration that the Lease has not expired.

2. The motion for summary judgment of defendants Chesapeake Appalachia, L.L.C. and Statoil USA Onshore Properties, Inc., (Doc. 47), is **GRANTED** with respect to plaintiff's amended complaint and with respect to defendants' counterclaim seeking a declaration that the Lease has not expired.

3. Plaintiff's amended complaint, (Doc. 12), is **DISMISSED WITH PREJUDICE**.

4. Judgment is entered in favor of all defendants and against plaintiff with respect to plaintiff's amended complaint and with respect to defendants' counter-claims seeking declarations that the Lease has not expired.

5. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 18, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1364-01-ORDER.wpd